```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  PINE BLUFF DIVISION
```

BOOKER T. BARNES                                              Plaintiff

v.                              5:09CV00384 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                      Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 3rd day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE